UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                            )
PENG GUO,                                   )
                                            )   Case No. C22-193RSL
                    Plaintiff,              )
       v.                                   )
                                            )   ORDER TO SHOW CAUSE
FRED HUTCHINSON CANCER RESEARCH             )
CENTER, et al.,                             )
                                            )
                    Defendants.             )
_____ )

On March 1, 2022, the Court issued an order requiring the parties to file a Joint Status Report by March 29, 2022. On March 29, 2022, defendants filed a "Status Report and Discovery Plan" indicating that plaintiff had not approved the proposed report prepared by defendants. Defendants' counsel further indicated that they sent the proposed report to plaintiff immediately following their telephonic Rule 26(f) conference on March 15, 2022 and followed up with plaintiff on March 25, 2022 and twice on March 29, 2022, with no response from plaintiff. The plaintiff has not sought or obtained an extension of time in which to make the required submission. The plaintiff is therefore ORDERED to show cause by Friday, April 15, 2022, why sanctions, including dismissal of the above-captioned case, should not be imposed for their failure to comply with the Order of March 1, 2022. The Clerk is directed to place this Order to Show Cause on the Court's calendar for April 15, 2022.

ORDER TO SHOW CAUSE

1  DATED this 1st day of April, 2022.

2

3

4                                        /s/ Robert S. Lasnik
                                         Robert S. Lasnik
5                                        United States District Judge