UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENG GUO,<br><br>        Plaintiff,<br><br>    v.<br><br>FRED HUTCHINSON CANCER RESEARCH CENTER, *et al*.,<br><br>        Defendants. | Cause No. C22-0193RSL<br><br>SECOND ORDER TO SHOW CAUSE |

On April 1, 2022, plaintiff was ordered to show cause why the above-captioned matter should not be dismissed for failure to comply with the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Plaintiff was given until April 15, 2022, to respond. On April 19, 2022, plaintiff filed a "Supplemental Joint Status Report" (Dkt. # 13) that was not joint: plaintiff altered some of defendants' previous representations, did not obtain defendants' signature on the submission, and apparently did not confer with defendants regarding the submission. The next day, plaintiff filed an "Amended Joint Status Report and Discovery Plan" (Dkt. # 14), this time adding his representations to the document defendants had signed and filed on March 29, 2022. The document retains defense counsel's signature, but, again, there is no indication that defendants reviewed or approved the document as submitted in their name. Plaintiff's counsel did not sign this document.

SECOND ORDER TO SHOW CAUSE - 1

Plaintiff has made no effort to explain why a joint status report was not filed by March 29, 2022. Nor has he provided any justification for the subsequent submission of "joint" documents that were not approved and signed by both parties. Plaintiff is therefore ORDERED to show cause by Thursday, May 12, 2022, why sanctions, including dismissal, should not be imposed for his failure to comply with the Court's Order of March 1, 2022, and to explain his representations that submissions were "joint" in the absence of defendants' review and approval. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for May 13, 2022.

Dated this 25th day of April, 2022.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

SECOND ORDER TO SHOW CAUSE - 2