1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PENG GUO,

                Plaintiff,

       v.

FRED HUTCHINSON CANCER
RESEARCH CENTER, *et al.,*

                Defendants.

Cause No. C22-0193RSL

ORDER GRANTING
MOTION FOR JUDGMENT
ON THE PLEADINGS

This matter comes before the Court on "Defendants' Motion for Judgment on the Pleadings Pursuant to Rule 12(c)." Dkt. # 7. Plaintiff agrees that his race discrimination claim against Lena Schroeder, his defamation claim, his breach of contract claim, and his outrage claim should be dismissed. Dkt. # 11 at 1-2. Although he asserts that the defamation claim should be dismissed without prejudice, no explanation or argument is presented on the issue.

Having reviewed the papers submitted by the parties, the motion for judgment on the pleadings is GRANTED. Plaintiff's race discrimination claim against Lena Schroeder,

//

ORDER GRANTING MOTION FOR
JUDGMENT ON THE PLEADINGS - 1

1   defamation claim, breach of contract claim, and outrage claim are hereby DISMISSED with

2   prejudice.

3

4

5        Dated this 21st day of June, 2022.

6

7

8                              _Mṟ S Lasnik_
                              Robert S. Lasnik
9                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION FOR
JUDGMENT ON THE PLEADINGS - 2