UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENG GUO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FRED HUTCHINSON CANCER<br>RESEARCH CENTER, et al.,<br><br>　　　　　Defendants. | NO. C22-193RSL<br><br>ORDER APPOINTING U.S.<br>MAGISTRATE JUDGE<br>MICHELLE L. PETERSON AS<br>SETTLEMENT JUDGE |

　　The Court has appointed U.S. Magistrate Judge Michelle L. Peterson to act as settlement judge in this matter. Judge Peterson's In-Court Deputy, Timothy Farrell, will be in contact with counsel to schedule.

　　DATED this 30th day of June, 2022.

　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER APPOINTING U.S. MAGISTRATE JUDGE MICHELLE L. PETERSON AS SETTLEMENT JUDGE