UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENG GUO,<br><br>      Plaintiff,<br><br>  v.<br><br>FRED HUTCHINSON CANCER<br>RESEARCH CENTER, *et al.*,<br><br>      Defendants. | Case No. C22-193-RSL<br><br>ORDER TO SHOW CAUSE |

  Pursuant to this Court's Order Regarding Settlement Conference (dkt. # 22), the parties and their counsel were directed to appear on September 6, 2022, for a settlement conference to be conducted over the Zoomgov.com platform. (*Id.* at 1.) As previously noted in the Court's Order, consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference (*Id.* at 2.) Therefore, this Court requires that the parties follow certain procedures prior to the scheduled settlement conference. (*Id.*)

  Relevant to the instant matter, each party was required to submit a confidential settlement letter to the Court on or before noon on September 2, 2022. (Dkt. # 22 at 3.) The parties were advised that failure to submit a confidential settlement letter would result in the rescheduling or cancellation of the settlement conference. (*Id.* at 4.)

ORDER TO SHOW CAUSE - 1

Here, Plaintiff has failed to timely submit his confidential settlement letter to the Court. Furthermore, the Court's efforts to contact Plaintiff's counsel since the expiration of the filing deadline by both email and phone have been unsuccessful.

Accordingly, Plaintiff is directed to SHOW CAUSE by **September 6, 2022 at 9:00 a.m.**, why: (1) the settlement conference in this matter should not be cancelled; and (2) why Defendants should not be awarded their attorney's fees and costs for their time and effort expended in preparing for the settlement conference.

The Clerk is directed to send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

Dated this 2nd day of September, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2